**RECEIVED**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FEB 1 2 2008
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EARLIE SPAN ,

_____ PLAINTIFF ,

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

NURSE: CHADECK ,

PHYSICIAN ASST. COLGAN ,

DR. JOHN DOE. #1.

DEFENDANT'S

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

# 08 C 50023

Case No:_____
(To be supplied by the Clerk of this Court)

## JUDGE KAPALA

**CHECK ONE ONLY:**

XXXX     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01          1

**I.**   **Plaintiff(s):**

    **A.**    Name:  `EARLIE SPAN , #N-22957`

    **B.**    List all aliases:

    **C.**    Prisoner identification number:  `#N-22957`

    **D.**    Place of present confinement:  `DIXON CORRECTIONAL CENTER`

    **E.**    Address:  `2600 N. BRINTON AVENUE ? DIXON , IL. 61021`

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

**II.**   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    **A.**    Defendant:  `NURSE: CHADECK`

        Title:  `NURSE`

        Place of Employment:  `DIXON CORRECTIONAL CENTER (HOSPITAL)`

    **B.**    Defendant:  `PHYSICIAN ASST. COLGAN`

        Title:  `PHYSICIAN ASSISTANT`

        Place of Employment:  `DIXON CORRECTIONAL CENTER (HOSPITAL)`

    **C.**    Defendant:  `DOCTOR JOHN DOE #1.`

        Title:  `DOCTOR`

        Place of Employment:  `DIXON CORRECTIONAL CENTER (HOSPITAL)`

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III.    Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (x)  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (X)  NO ( )

C.    If your answer is **YES**:

1.    What steps did you take?
The first step , I did was file a grievance with the counselor , and then after he responded I then filed to grievance officer , and Warden afterward to to Director of Illinois Department of Corrections . See( EXH. A.)

2.    What was the result?
No results circumvented the issue , and was considered irrelevant to my medical issues .

3.    If the grievance was not resolved to your satisfaction, did you appeal?

What was the result (if there was no procedure for appeal, so state.)

There is no appeal process but to go to the highest authoritative figure Director: ROGER E. WALKER JR.

D.    If your answer is **NO**, explain why not:
Illinois Department of Corrections does not have an appeal process after one sends a grievance to the Illinois Department of Corrections Director (ROGER E. WALKER JR.)

E.    Is the grievance procedure now completed?   YES ( x )   NO (  )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (x x)   NO (  )

G.    If your answer is **YES**:

    1.    What steps did you take?

    NOT NEEDED THERE IS A GRIEVANCE PROCEDURE AT THE I.D.O.C.

    WHICH I FOLLOWED THE STEPS TO THE HIGHEST AUTHORITATIVE

    FIGURE .

    2.    What was the result?

    NO RESUTS OR RELIEF REQUESTED .

H.    If your answer is **NO**, explain why not:

    N/A

**IV.**   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number:   NONE _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made:_____

_____

_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

H.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

NATURE OF CASE

1. Plaintiff , Earlie Span , an inmate currently incarcerated at Dixon Correctional Center , brings this action under Federal , and State laws . Plaintiff seeks to recover for injuries he suffered when the Defendants , medical staff, prison officials , failed to provide adequate medical care following an altercation with another inmate on or about January 7, 2006 .

2. At all times relevant to this action Plaintiff was incarcerated in the Illinois State prison system .

3. Plaintiff was at the time of the altercation in which his hand was fractured an inmate of Dixon Correctional Center , under the custody of the Illinois Department of Corrections .

4. Defendant: Nurse: Chadeck, works for the Dixon Correctional Center Hospital or the contracted Medical Company . She is sued in her official and individual capacity .

5. Defendant: Physician Assistant: MS. Colgan is and was at the time relevant to this action a physician assistant of the Dixon Correctional Center , Hospital for the Illinois Department of Corrections . She is sued in her official and individual capacity .

6. Defendant: Dr. John Doe 1. was at the time relevant to this action a doctor at the Dixon Correctional Center , Hospital for the Illinois Department of Corrections or the contracted company . He is sued in his official and individual capacity .

<u>INADEQUATE MEDICAL TREATMENT</u>

7. On or about January 7, 2006 , Plaintiff was involved in an altercation (fight) with another inmate and fractured his hand while at the same time sent to segregation .

8. Once at segregation he noticed that nurse Chadeck was making her rounds in checking for inmates that needed medical attention . Immediately Plaintiff told her that his hand was swollen . Once the officer opened the chuck hole or feeding opener to the cell , she looked at his swollen hand , and stated that it was not broken and that it looked fine . She offered tylenol to ease the discomfort .

9. After a few days Plaintiff's hand was still swollen and hurting more this is when plaintiff seen a physician assistant walking bye the cells and he told her that his hand was swollen and hurting him . She immediately had her assistane place his name for x-rays .

10. Nevertheless , until January 31, 2006 , Plaintiff's hand was x-rayed . Later on until February 8, 2006 , is when Plaintiff was Writ out for an assessment. This is when Plaintiff was told that his hand was fractured .

11. Consequently , on or about February 16, 2006 , Plaintiff was taken out (Writ) to an outside hospital called the University of Illinois , Chicago where reconstructive surgery was administered on Plaintiff's hand . In addition , on February 22, 2006 , Plaintiff was Writ out once again for a follow-up check-up to make sure the hand was healing right . Once again on March 1, 2006 , Plaintiff had an additional follow-up , wheras Plain-tiff was unable to recieve treatment . Furthermore , on March 8, 2006 , Plaintiff was Writ again to have his sutures removed .

12. Subsequently , on or about March 2, 2006, Plaintiff spoke to the Medical Administrator at the institution concerning his difficulties in obtaining clean dressings for his injury , and that he needed pain medicine for the suffering he was feeling . **SEE: (EXHIBIT B. , MEDICAL RECORDS)**

<u>CLAIMS</u>

**COUNT ONE
(42 U.S.C. ß 1983)**

#1 THRU 12. paragraphs are restated , and realleged as paragraphs #1 THRU 12. of Count #1.

13. The intentional acts of conduct and omissions of the Defendant's as described above were done with deliberate indifference to the Plaintiff's rights , and medical needs for adequate medical care which constituted un-necessary wanton infliction of pain prescribed by the Eight Amendment in that Defendant's:

> (A) Intentionally failed to provide adequate medical tests or care following the altercation on January 7, 2006 .

> (B) Intentionally denied medical attention due to Plaintiff being sent to segregation which intended to harm Plaintiff or knew of risk of harm so significant thru an intent to harm Plaintiff .

14. The acts and omissions as described above by the Defendnats were done under the color of the State law , and with deliberate to the rights , and medical needs of Plaintiff thereby resulted in a deprivation and violation of his Eight , Fourteenth Amendment rights to be free from cruel

7a.

and unjust punishment . Plaintiff seeks redress pursuant to 42 U.S.C. ß
1983 .

15. As a result and proximate result of the acts , and omissions
of the Defendants , Plaintiff has suffered pain , mental anguish, humilia-
tion , and injuries which required immediate medical treatment for proper
healing , and till this day and also into the future has suffered
psychologically , emotional damage , including as a result of the denial
of medical care against him .

**WHEREFORE** , Plaintiff respectfully requests that this Honorable
Court:

A. Award compensatory damages of at least $150,000.00 to
Plaintiff ,

B. Award punitive damages of at least $150,000.00, to Plaintiff ,

C. Order Defendnats to pay the cost of the suit , and possible
procuring of attorney fees to Plaintiff ,

D. Grant such other , and further relief this Honorable Court
deems equitable , just necessary and proper .


## COUNT II.

### (NEGLIGENT INFLICTION OF SEVERE EMOTIONAL DISTRESS)

#1. thru #12 . paragraphs are restated , and realleged as paragraphs
#1. thru #12. , and #13 thru #15. of Count II.

16. As a direct , and proximate result of the acts , and omissions
of the Defendants , Plaintiff has suffered pain , mental anguish , humilia-
tion , & permanent deformaties which required medical treatment which
continue to this day , and into the future . Plaintiff further has suffered
psychological , and emotional damage , and trauma as a result of inadequate

medical care and serious medical treatment .

      **WHEREFORE** , Plaintiff respectfully request that this Honorable Court

           (A.) Award compensatory damages of at least $150,000.00 to Plain-

           tiff ,

           (B) Order Defendants to pay the costs of this suit , and procuring

           future attorney fees to Plaintiff ,

           (C.) Grant such other , and further relief as this Honorable

    Court deems equitable , just necessary  and proper .

## JURY DEMAND

PLAINTIFF requests a trial by jury .

7c.

## VI.    Relief:

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

**WHEREFORE** ,  Plaintiff prays that this Honorable Court grant a judgement

against all defendants in their official capacity and personal capacity

in the amount of $3000,000.00 , in compensatory and punitive damages .

**FURTHERMORE**  , Plaintiff prays for judgement against each defendant in

their official and individual capacities in the amount of $50,000.00,

for pain, suffering, emotional distress, and mental anguish , and
attorney fees .          **(SEE: ATTACHED SHEET FOR CONTINUANCE ON RELIEF)**
                          **CERTIFICATION**

By signing this Complaint, I certify that the facts
stated in this Complaint are true to the best of my
knowledge, information and belief.  I understand that
if this certification is not correct, I may be subject to
sanctions by the Court.

Signed this ___7___ day of __**FEB.**__ , 20__08__

_____

_____
(Signature of plaintiff or plaintiffs)

**EARLIE SPAN**_____
(Print name)

**#N-22957**_____
(I.D. Number)
**DIXON CORRECTIONAL CENTER**

**2600 N. BRINTON AVENUE**_____

**DIXON , IL. 61021**_____
(Address)

8

**FURTHERMORE** , Plaintiff respectfully requests that this Honorable Court not to grant Defendants immunity , since it was obvious that they acted with deliberate indifferences toward the Plaintiff medical treat≠ ment and health concerns which caused irrepairable bone deformation .

**FURTHERMORE** , Plaintiff respectfully requests that this Honorable Court to appoint an attorney in this matter upon it's discretion , and any other entitlement that Plaintiff may be entitled too.

**FURTHERMORE** ,  Plaintiff demans trial by jury on each count , and that each defendant is being sued in both their official and individual capacities , and any other relief this Honorable Court deems just necessary and proper .

RESPECTFULLY SUBMITTED BY ,

*Earlie Span*

EARLIE SPAN , #N-22957
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVENUE
DIXON , IL. 61021

STATE OF ILLINOIS ,    )
                       ) SS.
LEE COUNTY ;           )

## A F F I D A V I T

I, Earlie Span , being first duly sworn upon my oath deposes and states that the following matters addressed in the contents of this complaint are true and correctly made to the best of my knowldge and beliefs and if called to testify I am competent to state them in essence .

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 7+ᵗʰ DAY OF FEBRUARY , 2008.

*Sally A. Joos*
NOTARY PUBLIC

RESPECTFULLY SUBMITTED BY ,

*Earlie Span*

EARLIE SPAN , #N-22957

"OFFICIAL SEAL"
Sally A. Joos
Notary Public, State of Illinois
My Commission Exp. 07/12/2008

8a.

**EXHIBITS FOR COMPLAINT**

I.

**EXHIBIT A.**

**GRIEVANCE EXHAUSTION**

**II.**



**Rod R. Blagojevich**
Governor

**Illinois**
**Department of**
**Corrections**

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

August 31, 2006

Earlie Span
Register No. N22957
Dixon Correctional Center

Dear Mr. Span:

This is in response to your grievance received on June 7, 2006, regarding medical treatment (alleges he is not receiving adequate for hand pain), which was alleged to have occurred at Dixon Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 06-03-141, and subsequent recommendation dated May 4, 2006 and approval by the Chief Administrative Officer on May 8, 2006 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E) Walker Jr.
Director

cc:    Warden Nedra Chandler, Dixon Correctional Center
       Earlie Span, Register No. N22957
       Chron. File

<u>EXHIBIT B.</u>

<u>MEDICAL RECORDS</u>

III.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

2957

| Offender Information: | | |
|---|---|---|
| Span | Earlie | ID#: N22147 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/10/06 4P | NURSING SEG. ROUNDS ☐ NO COMPLAINTS ☐ COMPLAINTS | |
| | | |
| 1/12/06 9A | PA SEGREGATION ROUNDS  Q c/o | |
| | | |
| | Noted L Osmus RN 1/12/06 9³⁵ | |
| | | |
| 1-12-06 5PM | NURSING SEG. ROUNDS ☑ NO COMPLAINTS ☐ COMPLAINTS | |
| | | |
| 1/13/06 5pm | NURSING SEG. ROUNDS ☒ NO COMPLAINTS ☐ COMPLAINTS | |
| | | |
| 1-14-06 4P | NURSING SEG. ROUNDS ☐ NO COMPLAINTS ☐ COMPLAINTS | |
| 1-15-06 P | NURSING SEG. ROUNDS ☒ NO COMPLAINTS ☐ COMPLAINTS | |
| | | |

B-1.

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Offender Information:

| | | |
|---|---|---|
| Span | Earlie | ID#: N22197 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| Y/16/06 | S "I have hand pain" | 2 Chatoru |
| | O Skin Warm Reg Resp even | Pn F4 Seck |
| | unlabored S/R hand hurt upon | Call PRN |
| | transfer to seg @ swelling full | |
| | ROM Refused protocol T Glens | |
| | A hand c/o — | 2 Chatm |
| | | |
| 1-17-06 | NURSING SEG. ROUNDS | |
| 430pm | ☒ NO COMPLAINTS | |
| | ☐ COMPLAINTS | |
| YP 18/06 | NURSING SEG. ROUNDS | |
| 10ᴬ | ☒ NO COMPLAINTS | |
| | ☐ COMPLAINTS | |
| | | |
| | | |
| | | |
| | | |
| Y/16/06 6⁴⁵ᵖ | NURSING SEG. ROUNDS | |
| | ☒ NO COMPLAINTS | |
| | ☐ COMPLAINTS | 2 Chaom |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Offender Information:

| | | | | ID#: | 8957 |
|---|---|---|---|---|---|
| Span | Earlie | | | | N22 197 |
| Last Name | First Name | MI | | | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 01-19-06 420P | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | |
| 01-20-06 4 | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | Grandahl LPN |
| 1-21-06 4pm | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | K Stolder R |
| 1-22-06 4pm | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | Staton n |
| 1-23-06 545p | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | Staton n |
| 1/24/06 5P | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS | Bishop |
| 1/25/06 10A | NURSING SEG. ROUNDS  ☒ NO COMPLAINTS  ☐ COMPLAINTS   error ADC | |
| | VOID | |
| | error ADC | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Offender Information:

Last Name: Shaw    First Name: Eddie    MI: ___    ID#: K22497

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/25/06 10A | RN NURSING SEG. ROUNDS ☐ NO COMPLAINTS ☑ COMPLAINTS | P/ x-y ® hand / PT Co |
| | S. c/o broke bone ® | |
| | hand since 1/10/06 altercation | |
| | Wants eval & c/o pain | |
| | O: some edema | |
| | over dorsum of ® hand | |
| | lsp 4th + 5th MC | |
| | FROM fingers | |
| | tender | |
| | A - R/O Fx | |
| | | noted ___ 1/25/06 11 |
| 1/25/06 5P | NURSING SEG. ROUNDS ☑ NO COMPLAINTS ☐ COMPLAINTS | B. Bechop |
| | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Offender Information:

Last Name: Span    First Name: Eddie    MI:    ID#: N62797

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/26/06 6p | NURSING SEG. ROUNDS ☑ NO COMPLAINTS ☐ COMPLAINTS | |
| 1-31-06 8Am | ⓡ Hand X ray taken at Dixon | Glenn RT |
| 1800 3p | Medical Writ, Ortho, U of I Hospital, evaluate ⓡ hand | A Berkeley p |
| | 2/8/06 Returned from Writ | L Chatton |
| 2/9/06 0730A | Not seen in sick call out on furlough. | |
| 2/10/06 8A | SICK CALL refused B/P     TPR | I/m reports he will wait for |
| | S p̄o sick call need | no clinic apt. |
| | ɪ̄ no clinic apt already in place | re pt Hosp clin |
| | O - no medical clin | |
| | A: denies sick call need | |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Offender Information:

Last Name: Span    First Name: Eddie    MI: ___    ID#: N22197

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | **SICK CALL** B/P _____ TPR _____ | S-O /Down 2/13/06 8:00 AM |
| 2/14/06 6:42 AM | CMP, CBC drawn Ⓡ arm. Direct pressure of bandaid to site. ⎯ E. Bassett MD | |
| 02.15.06 9:15 PM | I/M admitted to Infirmary for Observation pre op Ⓡ hand | |
| | S-G %s at this time | PCRM and CBC |
| | Ⓞ WH 205 VS 128/82 98 76 18 | as ordered |
| | A AO x3, ambulatory gait steady | - hold ASA |
| | respiration unlabored, skin | - may have |
| | fleshtone speech clear | NCT ⎯ c̄ sip |
| | Ⓡ hand deformity on posterior | water |
| | side in middle | - NPO midnight |
| | A pre op Ⓡ hand | [signature] |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ _Dixon CC_ Center

Offender Information:

_Span_     _Carlie_     _____  ID#: _N22957_
Last Name        First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8³⁰p 02·16·06 | S "hand, arm hurts" | P CPM and care |
| | O ¹⁵⁰/₁₀₀   64  12 | as order |
| | Alert, ambulatory; gait steady | - Ⓡ hand arm sling |
| | Ⓡ arm sling/cast; capillary | - VS q shift |
| | refill WNL; respiration | - do not remove |
| | unlabored; skin WD | dressing until assessed |
| | fleshtone; speech clear | by PA/Dr |
| | A postop Ⓡ hand | - regular diet |
| | | - resume HCTZ + ASA |
| | | - Vicodin + Keflex |
| | | Gravda h I La |
| 2/17/06 12:30Am | S: No c/o pain @ this time. | Ⓡ Cont. to monitor |
| | O vs: BP ¹⁰⁰/₅₀ T95.3 P60 R16 | + medicate |
| | Skin, fleshtone, warm + dry. | as ordered |
| | Alert + oriented X 3. Ⓡ hand dressing + brace | |
| | intact. Finger tips warm + blanch | |
| | well. | |
| | A. Post op Ⓡ hand ——— | J Thomas HN |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Dixon _____ Center

| Offender Information: |
| Span          Carlis          ID#: N22957 |
| Last Name      First Name      MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/17/06 3AM | S, S/R I could really use something for pain. When ask what level he said a 7 or 8. O, S/R Pain fresh post op A, Post op pain | P, ∏ Vicodin given for pain as ordered. ✓ Thomas LPN |
| 2/17/06 10 A | S: Offers no C/O's O: Skin W/D, flesh tone. Dressing to ® hand D/I. Fingers warm et blanch well. Slight edema of fingers noted. A: Post op ® hand. | P: Continue to monitor et medicate as ordered. B Rinehart LPN |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

B-8

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Infirmary Progress Notes

Dixon Correctional Center

**Offender Information:**

Span _____ Earlie _____ MI ___ ID#: N22957
Last Name        First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/16/06 1:10p | Infirmary Admission Note | P) Admit |
| | Reason for adm: | Vitals q̄d |
| | Surgery ℞ hand | Orders |
| | fx ℞ 4th MC | for post op |
| | Examination | care per |
| | Displaced fx ℞ 4th | U57I |
| | MC now in surgery | Resume HCTZ |
| | @ U of I ortho | + ASA per |
| | Diagnosis | pre-orders |
| | ORIF ℞ 4th MC | Regular diet |
| | | Do not remove |
| | | dressing until |
| | | assessed by |
| | | PA/MD |
| | | |
| | | |

Distribution: Offender's Medical Record

Noted Grandahl LPN
02-16-06

DOC 0095 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

B-9.

  
B-10.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ **Center**

Offender Information:

_____    _____    ____    ID#: _____
Last Name                First Name              MI



| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Outpatient Progress Notes**

Offender Information:

Last Name: Span    First Name: Earlie    MI: ___    ID#: N2295

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/6/06 12:45 AM | S: Pt. says he understands he is not to eat or drink anything as a prep for his medical visit. O: Resting in bed. Skin flesh tone, warm, + dry. No SOB. No signs of distress. Alert + oriented x3. (R) hand obvious abnormal rise in hand bones. A: Prep for (R) hand surgery | P: NPO. May have HCTZ c sip of H₂O in AM. No aspirin. Medical visit @ U of I Chicago Hosp. for hand surgery (R) hand. —— T. Thomas RN |
| 2/6/06 4:45 AM | Left for 8:00 AM apt @ University of Ill. Hosp. Chicago Surgicenter for surgery. (R) 4th finger —— | Drapain —— T. Thomas RN |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Outpatient Progress Notes**

Offender Information:

_____    _____    ___    ID#: _____
Last Name                          First Name                    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

Printed on Recycled Paper

B-12.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Dixon CC _____ Center

Offender Information:

_____ Span _____ Caslip _____ ID#: N22957
Last Name                    First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/17/06 10:56a | INFIRMARY P.A. NOTE<br>S: Qclu<br>O: VSS.<br>® hand c post splint<br>& bandages in place<br>NVI to fgrs cap refill<br>< 2 sec<br>A: S/p ORIF ® hand | P/ CPM<br>Do not remove<br>bandages |
| 02-17-06<br>5PM | S: I have'nt had a pr. pill all day —<br>O: ® hand c splint / drsg C D I ○<br>Gd cap retro nail beds Skin warm<br>& tender S/M able to move figrs —<br>weak pr. g Vicodin ii / P/Dr. gave<br>A: S/P ORIF Rt 4th MC | Noted Blue flat tx p/n<br>2/17/06 1P<br>P: Cont c<br>Care as Directed<br>Hartog n |
| 02-17-06<br>11PM | S: No c/o's<br>O: ↑ ® hand fellows · splint / Drsg C D I<br>A: ORIF Rt. 4th MC | P: CMP<br>Hartog n |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Center

Offender Information:

_Span_ _____ _Charlie_ _____ MI ___ ID#: _N22957_
Last Name          First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-18-06<br>9A | INFIRMARY NURSING NOTE<br>118/78 97.3-70-16<br>S. small SR 1" pinnacle of & bruised<br>a (7)"<br>1) AOx(3) skin color fair<br>clear w/n respirions<br>abdomen sox dry<br>WE cns indus fingers<br>3 dry nail beds cbra<br>w/ell Verigin 2 legs<br>given upon request to<br>provide comfort I explain<br>unit about in cell<br>A-S/T DRIF w/ hand | R cont to monile<br>medicate x<br>& Diroled<br>assess lung<br>prn &<br>assess needs<br>enc fluids |
| 2-18-06<br>5pm | S: "I feel alot better tonight<br>O. AOx 3 ↑ ambulatory to<br>dayroom & apparent diskress | |

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Dixon Correction Center

| Offender Information: |
|---|
| Span _____ Earles _____ ID#: N02957 |
| Last Name          First Name          MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-18-04 5PM | dressing to R hand D+I finger noted to be warm good cap refill s/n denies tingling/numbness fingers clean + dresgiven + unlabored A: S/P ORIF R hand | P: Cont to monitor & medicate as ordered M. Robinson |
| 02-18-04 11PM | S: I/M offers no c/o. O: no medical changes c̄ condition Splint/Dsg removed to OT R hand. Gd cap retn I/M denies any numbness et moves finger tips. No distress @ this present time. A: S/P ORIF Rt 4th MC | P: Cont c̄ care as directed S. Adolynn |

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

Dixon Correctional Center

| Offender Information: | | | |
|---|---|---|---|
| _Sm_ Last Name | _Earlie_ First Name | MI | ID#: _N22957_ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/19/06 11:45AM | S: "My hand hurts this morning. I did O.K. through the night." O: Fm Rt hand in a splint. Fm fingers are W/b & fleshtone. Fm has good cap. refill in all fingers. Fm complying well ē leaving splint on & keeping hand elevated. A: S/P Rt. 4th MC ORIF | P: Cont to keep hand elevated as much as possible. Report any A's in hand. Cont meds. _M. Maxwell RN_ |
| 02-19-04 11 30 PM | S: No c/o's O: Splint ē wrap remains CDI. gd cap refil nail beds ct w/D. No drsg pn nm A: ORIF Rt 4th M.C. | P: Monitor for swel'g Meds as ordered — _J. Parker RN_ |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Dixon _____ Center

Offender Information:

_____ Spann _____ Earlie _____ ID#: N22957
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2-20-06 4pm | S: 0C/o O: A+O x3 no apparent distress Lungs clear all fields & Resp even & unlabored Dressing/Splint, O+f to ® hand A: S/P ® hand ORIF 4th MC. | P: Cont to monitor & medicate as ordered |
| 2/21/06 12:30pm | S: 0C/o O: Hm sleeping soundly. Resp even & unlabored. ® hand w/o & fleshtone. Cap. refill WNL. A: S/P ® hand ORIF 4th MC | P: Cont to keep splint dry & intact, elevate as much as possible. Cont meds & monitor. m. Monroe LPN |
| 2-21-06 8:30A | INFIRMARY NURSING NOTE 122/88  954  64-14 S: dm having pain & Discomfort 4/11 O: A+O x3 skin color flesh tone warp | (signature) cont |

Distribution: Offender's Medical Record

B-17.
Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

Dixon CC Center

Offender Information:

Last Name: Spann    First Name: Earlie    MI:    ID#: N22957

| Date/Time | Cont — Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/21/06 | resp eupni abdn non-org split cast CD2 WE mous | P/ cont to monitor mediate Hs |
| | fings well Vuds it has | dir col |
| | given to promote compot | Enc fluids |
| | & relaxation up & about | esp daily |
| | in cell slow steady gait | fu |
| | A S/P ORIF (R) hand | |
| 2/21/06 | **INFIRMARY P.A. NOTE** | P/ Has flu |
| 1243p | S: acts | tomorrow |
| | O: Splint in place | @ UofI |
| | NVI to fingers | CPM for now |
| | A: S/P ORIF ® hand | until new |
| | | orders fm |
| | | UofI. |
| | | note 2/21/06 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ Dixon CC _____ Center

Offender Information:

Last Name: Span   First Name: Carlie   MI: _____   ID#: N22957

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 5p 02-21-06 | S @ %as at this time | PCM and care |
| | O Alert, ambulatory, ® wrist | as ordered |
| | hand cast dry & intact, | Grandahl RN |
| | respiration unlabored, skin | |
| | WD fleshtone. | |
| | A post op ® hand | |
| 8³⁰ 02-21-00 | Vicodin ii given | Grandahl's |
| 02-21-06 11PM | S: No c/o's | |
| | O: A/O skin w/O fleshtone. ¼'s clear | |
| | Rt hand splint cast ā wrap remains CDI | |
| | gd cap retn to nail beds = gd finger | P: Cont ā care |
| | movement. No sup distress | as directed – |
| | A: S/p ORIF Rt hand 4ᵗʰ MC | Rorter ½ n |
| 2-22-06 | INFIRMARY NURSING NOTE | |
| 10⁰ | 118/78  957  62-12 | |
| | S-Inmate % as oup | |
| | O A/O ® skin color fleshtone | |

Distribution: Offender's Medical Record

DOC 0085 (Eff. 9/2002)
(Replaces DC 714?)

Printed on Recycled Paper

B-19.

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ Center

Offender Information:

Last Name: *Span*  First Name: *Carlie*  MI: ___  ID#: N22957

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/22/06 | W/P resp supine a○○ hand○ soft split cast R/E CDR moves fingers freely up it about m c○○○ A s/p O/R/F (R) hand | R cont to monitor mediate & s/pracle mes lively Rin [signature] |
| 2/22/06 12³⁰ P | Called PA Colgan re-removing split for I/M transfer for writ. PA Colgan stated to use flex cuffs. B Rinehart RN | [signature] |
| 2/22/06 approx 1415 | Left to Medical Unit c security offices [signature] | |
| 02-22-06 8²⁰ P | Returned from Medical Unit. S & S/ at the time. ○ A A○X3, ambulatory, good capillary refill, hand W/D (R) hand cast, fingers have ROM/movement A post op R Nurse | Grandahl P CRN and care as ordered Grandahl |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Infirmary Vital Sign
**Graphic Flow Sheet**

Offender Information:

Last Name: _Span_   First Name: _Earlis_   MI: ___   ID#: _N82957_

Facility: _Dixon CC_

| Date | | 02-21-06 | | | 02-22-06 | | | 02-23-06 | | | 02-24-06 | | | 02-25-06 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | / | | | / | | | / | | | / | | | / | | |
| Hour | | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |
| Temperature 106 | | | | | | | | | | | | | | | | |
| 105 | | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | | |
| 103 | | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | | |
| 101 | | | | | | | | | | | | | | | | |
| 100 | | | | | | | | | | | | | | | | |
| 99 | | | | | | | | | | | | | | | | |
| 98 | | | | | | | | | | | | | | | | |
| 97 | | | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | | |
| Pulse | | 104 | | | 103 | | | 100 | | | | | | | | |
| Respiration | | 14 | | | | | | | | | | | | | | |
| Blood Pressure | 4 AM | 100/88 | | | 118 | | | 110/80 | | | | | | | | |
| | 8 AM | | | | 118 | | | | | | | | | | | |
| | 12 AM | | | | | | | | | | | | | | | |
| | 4 PM | | | | | | | | | | | | | | | |
| | 8 PM | | | | | | | | | | | | | | | |
| | 12 PM | | | | | | | | | | | | | | | |
| Height | | | | | | | | | | | | | | | | |
| Urine | | | | | | | | | | | | | | | | |
| Bath: C-P-T-S | | Self | | | Self | | | Self | | | | | | | | |
| Oral Hygiene | | Self | | | Self | | | Self | | | | | | | | |
| PM Care | | Self | | | Self | | | Self | | | | | | | | |
| Diet | | Gen. | | | Reg | | | Self | | | | | | | | |
| Ate | W F P | | | | | | | | | | | | | | | |
| Slept | W F P | | | | | | | | | | | | | | | |
| Activity | | as Tol | | | as Tol | | | as Tol | | | | | | | | |
| Bed Rest | | PRN | | | | | | | | | | | | | | |
| Bed positioning | | Self | | | Self | | | Self | | | | | | | | |
| R.O.M. Exercises | | Self | | | Self | | | Self | | | | | | | | |
| Whirlpool | | n/a | | | n/a | | | n/a | | | | | | | | |
| Transfers | | Self | | | Self | | | Self | | | | | | | | |
| Walk | | Self  Self | | | w/o c.o | | | w/o c.o | | | | | | | | |
| Other: | | | | | ClostN/A | | | | | | | | | | | |

Name:
| | 7-3 | | | | |
| 3-11 | _Graudah RN_ | _Graudah RN_ | | | |
| 11-7 | _Gates LPN_ | _Gates LPN_ | | | |

CNA Miller 3p-11p   CNA 3p-11p

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 8/2002)
(Replaces DC 1705)

B–21.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Primary Vital Signs**
**Graphic Flow Sheet**

Offender information:
Last Name: *Span*   First Name: *Carlie*   MI: ___   ID#: N22957
Facility: *Dixon CC*

| | | 02-16-06 | 02-17-06 | 02-18-06 | 02-19-06 | 02-20-06 |
|---|---|---|---|---|---|---|
| Date | | | | | | |
| Hosp Day/Po Day | | / | / | / | / | / |

| Temperature | Pulse | Respiration |
|---|---|---|
| | 84 | 18 |
| | 76 74 | |
| | 84 78 | |
| | 84 | 16 |

| | 4 AM | 8 AM | 12 AM | 4 PM | 8 PM | 12 PM |
|---|---|---|---|---|---|---|
| Blood Pressure | | 120/78 | | | | |
| | | 118/78 | | | | |
| | | 132/78 | | | | |
| | | | | 128/78 | | |

Adm 10 PM

| | 02-16-06 | 02-17-06 | 02-18-06 | 02-19-06 | 02-20-06 |
|---|---|---|---|---|---|
| Weight / Height | | | | | |
| Stools / Urine | | | | | |
| Bath: C-P-T-S | self | Self | Self | Self | Self |
| Oral Hygiene | self | Self | Self | Self | Self |
| PM Care | self | Self | Self | Self | Self |
| Diet | general | General | General | General | Gen. |
| Ate  W F P | | | | | |
| Slept  W F P | W | | | | |
| Activity | as tolerated | Has Tol | Has Tol | Has Tol | Has Tol |
| Bed Rest | prn | PRN | PRN | PRN | PRN |
| Bed positioning | self | Self | Self | Self | Self |
| R.O.M. Exercises | self | Self | Self | Self | Self |
| Whirlpool | N/A | N/A | N/A | N/A | N/A |
| Transfers | self | Self | Self | Self | Self |
| Walk | self | Self | Self | Self | Self |
| Other: | | | | | |

| Staff Name | 7-3 | | Blinehart LPN | Olsen | M _____ | |
| | 3-11 | Graudah RN | Foster gpn | _____ Olsen | M _____ | _____ Olsen |
| | 11-7 | J Thomas LPN | Foster gpn | Foster gpn | Foster gpn | M _____ |
| | | CNA Miller 3p-11p | | | | |

Distribution:  Offender's Medical Record

*Printed on Recycled Paper*

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_Dixon CC_ ___ Center

| Offender Information: |
|---|
| _Span_         _Carlie_         ID#: N22952 |
| Last Name              First Name         MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 02-22-06 9³⁹ | Vicodin ii given 9³⁰ pm | Grandahl CM |
| 02-22-06 1130 3 | S: No c/o's | |
| | O: A/O skin w/o flesktone - Rt hand | |
| | splint ē Dsg remains CD I ē gd P; us ē d - Cant | |
| | free movement of fingers ē gd cap ↑ hand - Monitor py | |
| | retro nail beds - No abnormal edema, brachet ↓ as directed | |
| A: | S/P ORIF Rt ha 4ᵗʰ MC - stable | Harts Lym |
| 2/22/06 926 am | INFIRMARY P.A. NOTE | P/ D/c BTU |
| | Suf\_g Discharge Summy | Motn 600g tid |
| | reason for adm | v/wk |
| | S/p ORIF Ⓡ 4ᵗʰ MC | D/c Vicodin |
| | Course in wd | Low Bunk |
| | Doing well ē split cast | X 2 wks |
| | minimal pain dressg | ⓪ sports X 1mo |
| | C/o I | Fu fuk |
| | Diagnosis | aff — noted |
| | S/p ORIF Ⓡ 4ᵗʰ MC | 2·22·06 |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

B-23.

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Progress Notes

_____ **Center**

**Offender Information:**

Last Name: _Span_    First Name: _Carlie_    MI: ___    ID#: _N22957_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2-03-06 9:40m | INFIRMARY NURSING NOTE  110188 952 60-12  S-hmato ycri-oug  O-AO x³ skin color flesh tone  w/o resp cyanic edema  rgt split cast CM² WF may  fngs freely up to about  below knee gait  A-SPORT | P-clush BTu |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender Health Status Transfer Summary

**Transferring Facility:** _Dixon CC._ Center

**Offender Information:**

| Span | Earlie | | ID#: N22957 |
|---|---|---|---|
| Last Name | First Name | MI | |

**Date:** 1/31/06    **Time:** 9:50 AM  ☑ a.m. ☐ p.m.    **D.O.B.** 5-26-65

---

**Transfer Screening** (completed by transferring facility health care staff):

**Allergies:** NKA    **Food Handler Approved:**

**Current / Acute Conditions / Problems:** Displaced Fx Rt. Hand. 4th proximal MCB

**Chronic Conditions / Problems:** HTN, Hx GSW Lt Arm

**Current Medications** (name, dosage, frequency, and duration):

**Acute Short-term:** ø

**Chronic Long-term:** ASA EC 325 mg 1 PO q AM, HCTZ 25 mg PO q AM

**Chronic Psychotropic:** ø

**Current Treatments:** ø

**Therapeutic Diets:** ø

**Follow-Up Care:** RHC

**Chronic Clinics:** HTN Clinic

**Specialty Referrals:** ø

**Significant Medical History:** 1) elbow Fx ORIF in 92", GSW (L) Arm 91"

**Physical Disabilities / Limitations:** ø

**Assistive Devices / Prosthetics:** ø    Wire Frame, Partial D

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___    ☐ Hx Psych Med  ☐ Hx MPC / STC    **Substance Abuse:** ☐ Alcohol ☐ Drugs

☑ Glasses  ☑ Dentures

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____  ☐ Packet Complete

| M. Noble LPN | M. Noble LPN | ___/___/___ |
|---|---|---|
| Print Name and Title | Signature | Date |

---

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** _____    **Date:** ___/___/___    **Time:** _____    ☐ a.m. ☐ p.m.

**Subjective:**    **Assessment:**

Current Complaint: _____

Current Medications/Treatment: _____

**Objective:**    **Plan: Disposition:**

Physical Appearance/Behavior: _____
- ☐ Health Information Given    ☐ Emergency Referral: _____
- ☐ Sick Call:  Urgent / Routine
- ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

Deformities: Acute/Chronic: _____
- ☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify): _____
- ☐ Infirmary Placement: _____

T: ___ P: ___ R: ___ B/P: ___/___
- ☐ Other (specify): _____

| _____ | _____ | ___/___/___ |
|---|---|---|
| Printed Name and Title | Signature | Date |

---

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford v for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| _____ | _____ | _____ ☐ a.m. ☐ p.m. |
|---|---|---|
| Offender's Signature | Date | Time |

**Distribution:** Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EARLIE SPAN ,                    )
                                 )
          PLAINTIFF ,            )
                                 )
                                 )
-VS-                             )        CASE NO.#
                                 )
                                 )
NURSE: CHADECK ,                 )        HONORABLE:
PHYSICIAN ASST. COLGAN ,         )        JUDGE PRESIDING .
DR. JOHN DOE #1. ,               )
                                 )
          DEFENDANTS .           )

## NOTICE OF FILING

**TO:** MICHAEL W. DOBBINS              ALL DEFENDANTS ADDRESS
      CLERK OF THE U.S. DIST. COURT    DIXON CORRECTIONAL CENTER
      UNITED STATES DISTRICT COURT     2600 N. BRINTON AVENUE
      NORTHERN DISTRICT OF ILLINOIS    DIXON , IL. 61021
      EASTERN DIVISION
      219 S. DEARBORN STREET
      CHICAGO , IL. 60604


   **PLEASE TAKE NOTICE**  , that on the  **7** day of February , 2008 , I have filed a Complaint , and Application to Proceed Without Prepayment of Fees and Affidavit , Motion for Appointment of Counsel , exhibits , and six-month inmate ledger , an original and three copies here served upon you .

*Earlie Span*

EARLIE SPAN , N-22957


## CERTIFICATE OF SERVICE

   I, Earlie Span , being first duly sworn upon my oath deposes and states that the following cause to file the above documents in the amounts stated to be served to the above named authorities by placing the same in the U.S. Mail Box in Housing Unit #36, located at the Dixon C.C. in Dixon , Illinois for delivery as First Class Mail .

**SUBSCRIBED AND SWORN TO BEFORE ME**
**THIS 7ᵗ DAY OF FEBRUARY , 2008.**        *Earlie Span*

*Sally A. Joos*                             EARLIE SPAN , #N-22957
    **NOTARY PUBLIC**

"OFFICIAL SEAL"
Sally A. Joos
Notary Public, State of Illinois
My Commission Exp. 07/12/2008

08 C 50023

*Jd. Kapala*

POST MARKED envelope for initiating document.

**RECEIVED**

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE KAPALA**

EARLIE SPAN , #N-22957
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVENUE
DIXON , IL. 61021

08 C 50023

JUDGE KAPALA

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections





RECEIVED

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO , IL. 60604



LEGAL MAIL
1-2.

EARLIE SPAN , #N-22957
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVENUE
DIXON , IL. 61021

08C50023

JUDGE KAPALA

2. OF 2.

'LEGAL MAIL'

MICHAEL W. DOBBINS
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
219 S. DEARBORN STREET
CHICAGO , IL. 60604

RECEIVED

FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections



UNITED STATES POSTAGE
$ 04.60ᴳ

02 1A
0004235069    FEB 08 2008
MAILED FROM ZIP CODE 61021