**PRISONER CASE**

**08 C 50023**

Judge Kapala

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
FEB 1 2 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | JUDGE KAPALA<br>EARLIE SPAN | **Defendant(s):** | NURSE CHADECK, et al. |
| **County of Residence:** | LEE | **County of Residence:** | |
| **Plaintiff's Address:** | Earlie Span<br>N-22957<br>Dixon - DIX<br>P.O. Box 1200<br>Dixon, IL 61021 | **Defendant's Attorney:** | Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 02/12/2008

**JUDGE KAPALA**

United States District Court for the Northern District of Illinois

**08C50023**

Case Number: _____   Assigned/Issued By: _____aew_____

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☑ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies __2__   Date: __2-12-08__

*(For use by Fiscal Department Only)*

Amount Paid: __X__   Receipt #: __X__

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

(name of victim, who it's against and $ amount)

☐ Writ _____
(Type of Writ)

Original and _____ copies on _____ as to _____
(Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06