AO 240 (1/94)

**FILED**
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# United States District Court
## DISTRICT OF _____

EARLIE SPAN , **Plaintiff**

v.

NURSE: CHADECK , **Defendant**
PHYSICIAN ASST. COLGAN ,
DR. JOHN DOE 1.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **08 C 50023   JUDGE KAPALA**

I, _____EARLIE SPAN_____ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __DIXON CORRECTIONAL CENTER__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   WALMART   FROM: APRIL OF 98 to AUG. OF 98
   SALARY: 7.25 per HR.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment      [ ] Yes   [X] No
   b. Rent payments, interest or dividends               [ ] Yes   [X] No
   c. Pensions, annuities or life insurance payments     [ ] Yes   [X] No
   d. Disability or workers compensation payments        [ ] Yes   [X] No
   e. Gifts or inheritances                              [ ] Yes   [X] No
   f. Any other sources                                  [ ] Yes   [X] No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   NONE

I declare under penalty of perjury that the above information is true and correct.

JAN. 31, 2008
DATE

_Earlie Span_
SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __.40__ on account to his/her credit at (name of institution) __Dixon Correctional Center__. I further certify that the applicant has the following securities to his/her credit: __unknown__ _____. I further certify that during the past six months the applicant's average balance was $ __see attached__.

2/1/08
DATE

_Nedra Chandler (sn)_
SIGNATURE OF AUTHORIZED OFFICER

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 08/01/2007 thru End; Inmate: N22957; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N22957 Span, Earlie**  **Housing Unit: DIX-NW-36-23**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.04 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228115 | | P/R month of 07/2007 | 10.00 | 10.04 |
| 08/22/07 | Disbursements | 90 Medical Co-Pay | 234315 | Chk #75604 | 90803656, DOC: 523 Fund Inmate, Inv. Date: 08/03/2007 | -2.00 | 8.04 |
| 08/24/07 | Point of Sale | 60 Commissary | 236724 | 544213 | Commissary | -5.97 | 2.07 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | P/R month of 08/2007 | 10.00 | 12.07 |
| 09/18/07 | Disbursements | 90 Medical Co-Pay | 261315 | Chk #76073 | 90805805, DOC: 523 Fund Inmate, Inv. Date: 08/22/2007 | -2.00 | 10.07 |
| 09/21/07 | Point of Sale | 60 Commissary | 264747 | 547518 | Commissary | -10.04 | .03 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 25.04 | 25.07 |
| 10/26/07 | Point of Sale | 60 Commissary | 299747 | 551016 | Commissary | -24.87 | .20 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 27.45 | 27.65 |
| 11/15/07 | Point of Sale | 60 Commissary | 319747 | 552592 | Commissary | -18.29 | 9.36 |
| 12/05/07 | Point of Sale | 60 Commissary | 339726 | 555014 | Commissary | -9.10 | .26 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 28.80 | 29.06 |
| 12/17/07 | Point of Sale | 60 Commissary | 351747 | 556017 | Commissary | -29.03 | .03 |
| 12/31/07 | Mail Room | 01 MO/Checks (Not Held) | 365228 | 518881 | Robinson, Nancy | 30.00 | 30.03 |
| 01/07/08 | Point of Sale | 60 Commissary | 007747 | 557858 | Commissary | -28.84 | 1.19 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 28.80 | 29.99 |
| 01/18/08 | Point of Sale | 60 Commissary | 018747 | 559659 | Commissary | -17.18 | 12.81 |
| 01/24/08 | Disbursements | 88 Birth Certificate | 024315 | Chk #78164 | 88823075, Vital Records Office, Inv. Date: 01/24/2008 | -12.00 | .81 |

| | |
|---|---|
| Total Inmate Funds: | .81 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .41 |
| Funds Available: | .40 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/31/2008 | 80823850 | Disb | Postage 1/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| | | | | Total Restrictions: | $0.41 |