UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08C50023**

Plaintiff(s)
EARLIE SPAN,

v.

Defendant(s)
NURSE: CHADECK,
PHYSICIAN ASST. MS. COLGAN,
DR. JOHN DOE #1.

Case Number: _____

Judge: JUDGE KAPALA

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, EARLIE SPAN, _____, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:
   PLAINTIFF HAS MADE ATTEMPTS THRU MAIL, and has asked family members to speak to other attorneys but no sucess. In addition, he asked friends to also speak to other attorneys but success as well.

3. In further support of my motion, I declare that (check appropriate box):

   [XXX] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [XX] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Earlie Span_
   Movant's Signature

   2600 N. BRINTON AVENUE
   Street Address

   DIXON, IL. 61021
   City/State/Zip

Date: 2/7/8