FEBRUARY 19, 2008

MICHAEL W. DOBBINS
CLERK OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
211 SOUTH COURT STREET , ROOM #252
ROCKFORD , IL. 61101

**FILED**

FEB 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: EARLIE SPAN VS. NURSE: CHADECK , et. al.
    CASE NO.#08-C-50023

DEAR: CLERK OF THE U.S. DISTRICT COURT:

    Greetings , first I would like to thank you for your prompt response in which you mail me a stamped filed copy of my Complaint dated: February 12, 2008 .

    Consequently , I was informed and directed by the Prisoner Correspondence that my case was transfered to the Western Division located at 211 SOUTH COURT STREET , ROOM #252 , ROCKFORD , IL. 61101. In addition , I was directed that all other documents should be sent to the location addressed .

    On another note , I wanted to give notice to this Honorable Court that I am going to be released on February 25, 2008 , and my new mailing address will be 286 CATHERINE LANE . Please be so kind to take notice of
        ELGIN , IL. 60123
        TEL: (847) 429-0036
the change of address .

    Thank you very much for prompt assistance, and if any other documents are to be sent to me , please be so kind to mail them to my new address.

    Once again thank you very much , ahead of time .

                                SINCERELY GRATEFUL ,
                                *Earlie Span*
                                EARLIE SPAN , #N-22957
                                286 CATHERINE LANE
                                ELGIN , IL. 60123

EARLIE SPAN, #N-22957
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVENUE
DIXON, IL. 61021

'LEGAL MAIL'

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections



MICHAEL W. DOBBINS
CLERK OF THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
211 SOUTH COURT STREET, ROOM #252
ROCKFORD, IL. 61101

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004385069   $ 00.41⁰
MAILED FROM ZIP CODE 61021   FEB 21 2008