# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50023 | **DATE** | July 29, 2008 |
| **CASE TITLE** | Earlie Span v. Nurse Chadeck | | |

**DOCKET ENTRY TEXT:**

Plaintiff, Earlie Span, has failed to comply with the court's February 22, 2008 and June 18, 2008 orders, wherein the court directed plaintiff to submit an amended complaint and another *in forma pauperis* application. Plaintiff was forewarned that failure to comply would result in dismissal of this case. Having not received an amended complaint or an *in forma pauperis* application, the court dismisses the case without prejudice. Fed. R. Civ. P. 41(b); Local Rule 3.3. All pending motions are denied. This case is closed.

Docketing to mail notices.

isk