# United States District Court
## Northern District of Illinois
### Western Division

Earlie Span                                **JUDGMENT IN A CIVIL CASE**

      v.                                Case Number: 08 C 50023

Nurse Chadeck, et al.

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that plaintiff, Earlie Span, has failed to comply with the court's February 22, 2008 and June 18, 2008 orders, wherein the court directed plaintiff to submit an amended complaint and another *in forma pauperis* application. Plaintiff was forewarned that failure to comply would result in dismissal of this case.  Having not received an amended complaint or an *in forma pauperis* application, the court dismisses the case without prejudice.  Fed. R. Civ. P. 41(b); Local Rule 3.3.  All pending motions are denied.  This case is closed.


                                                                                     Michael W. Dobbins, Clerk of Court

Date: 7/29/2008                                              _____
                                                                                     /s/ Susan Wessman, Deputy Clerk